**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **IN RE: ALL PROCESS ISSUED UNDER SEAL IN 1:24-MJ-00063** | ) ) ) ) | **CASE NO. 1:24-MJ-00063** |

**ORDER**

Upon consideration of the United States' Motion to Unseal,

IT IS HEREBY ORERED THAT:

The Government's Motion to Unseal is GRANTED and all contents of the Court's file shall be made public.

**SO ORDERED** this 16th day of October, 2026.

J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA